UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 22-1329-MWF (PDx)      **Date:** January 11, 2023

**Title:** Melrose Place Holdings et al v. The Socotra Opportunity Fund, LLC et al

---

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE RE: PLAINTIFF'S NOTICE OF BANKRUPTCY FILING AND SUGGESTION OF AUTOMATIC STAY [61]

On January 9, 2023, the Court received a Notice of Automatic Stay Pursuant to a Bankruptcy Filing (the "Notice"), filed by Plaintiff Sona Patel. (Docket No. 61). According to the Notice, Plaintiff filed a Chapter 7 bankruptcy case on October 24, 2022. (*Id.* at 1). The Notice suggests that the Court should stay this civil action.

Section 362 of the Bankruptcy Code provides for an automatic stay of certain proceedings *against* a debtor when the debtor has filed for bankruptcy. 11 U.S.C. § 362(a). But here, because the debtor in the Chapter 7 bankruptcy case is the ***Plaintiff***, rather than the Defendant, the Court does not believe the automatic stay provision of the Bankruptcy Code applies. *See In re Palmdale Hills Prop., LLC*, 654 F.3d 868, 875 (9th Cir. 2011) ("The stay does not prevent a plaintiff/debtor from continuing to prosecute its own claims nor does it prevent a defendant from protecting its interests against claims brought by the debtor.").

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, by no later than **January 23, 2023**, why this action should be stayed pursuant to the Bankruptcy Code. Defendants may file an optional Reply by no later than **January 30, 2023**.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 22-1329-MWF (PDx)          **Date:** January 11, 2023

**Title:** Melrose Place Holdings et al v. The Socotra Opportunity Fund, LLC et al

The deadline for Defendants to respond to the Third Amended Complaint is **CONTINUED** to **February 13, 2023**, unless this Court affirmatively stays this action prior to that date.

IT IS SO ORDERED.